| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Port City Contracting Services, Inc.** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FKA  Port City Contracting Services, LLC**<br>**DBA  PCCS Medical**<br>**DBA  Stone Bay Tactical** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-1908103** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2017 Corporate Drive**<br>**Unit 4**<br>**Wilmington, NC 28405**<br>Number, Street, City, State & ZIP Code<br><br>**New Hanover**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **pccsmedical.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Port City Contracting Services, Inc.**　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　3254

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Port City Contracting Services, Inc.**                                                     Case number (*if known*)
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**  *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**
☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **Port City Contracting Services, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Port City Contracting Services, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 16, 2022**
MM / DD / YYYY

**X** **/s/ Michael Rudner**
Signature of authorized representative of debtor

**Michael Rudner**
Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Jason L. Hendren**
Signature of attorney for debtor

Date **December 16, 2022**
MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone **(919) 420-7867**    Email address **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

# United States Bankruptcy Court
### Eastern District of North Carolina

In re: **Port City Contracting Services, Inc.**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 16, 2022**

**/s/ Michael Rudner**
**Michael Rudner**/**President**
Signer/Title

Adrianne George
275 Bouchard Dr.
Waxhaw, NC 28173

FedEx
Attn: Managing Agent
3965 Airways, Module G
Memphis, TN 38116

Michael Rudner
5067 W Blackbird Dr
Tucson, AZ 85742

Ally Financial
Attn: Managing Agent or Officer
PO Box 380901
Minneapolis, MN 55438

Fieker Brothers, LLC
Attn: Managing Agent
805 Monterey Drive
O Fallon, IL 62269

NC Department of Labor
Attn: Managing Agent
1101 Mail Service Center
Raleigh, NC 27699

Ascensia Diabetes Care
Attn: Managing Agent
PO Box 360759
Pittsburgh, PA 15251-6759

Forte Consulting Group
Attn: Managing Agent
3490, US Highway 1, Suite 19 C
Princeton, NJ 08540

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Holly Grange
8316 BALD EAGLE LN
Wilmington, NC 28411

New Hanover County Tax Departm
Attn: Managing Agent
230 Government Center Dr, #190
Wilmington, NC 28403

Carruthers & Roth, P.A.
Attn: Kevin Rust | Rachel Decker
P.O. Box 540
Greensboro, NC 27401

I.T.WORKS!
Attn: Managing Agent
1611 Main Street
West Barnstable, MA 02668

Nicholas Becton
224 Royal Fern Rd.
Wilmington, NC 28412

Cheryl Mihalik
312 Hollandale Ct.
Wilmington, NC 28412

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

OTX Consulting
Attn: Managing Agent
4 Portofino Dr., Suite 1804
Gulf Breeze, FL 32561

Comdata, Inc.
Attn: Managing Agent
5301 Maryland Way
Brentwood, TN 37027-6759

Jay Graves
8117 Tuxford Dr.
Raleigh, NC 27612

Peter Spark
237 Royal Fern Rd.
Wilmington, NC 28412

David Danel
914 Corkwood Trail
San Antonio, TX 78256

John Campbell
4055 Thorngate Drive
Williamsburg, VA 23188

Polly and Associates, LLC
Attn: Managing Agent
7426 Janice Lane
Wilmington, NC 28411

DaVinci Aerospace, LLC
Attn: Managing Agent
4500 Green Point Drive Suite 102
Greensboro, NC 27410

Mark Eastham
261 Wyndham Cir W.
Saint Paul, MN 55112

Reiss & Nutt, PLLC
Attn: Kyle J. Nutt
1221 Floral Parkway, Suite 104
Wilmington, NC 28403

Robert Sharpe
2017 Corporate Drive
Unit 4
Wilmington, NC 28405

U.S. Dept. of Veterans Affairs
810 Vermont Ave.
Washington, DC 20420

Robert Sharpe
245 Royal Fern Rd.
Wilmington, NC 28412

U.S. Small Business Administration
Attn: Managing Agent
2 North Street, Suite 320
Birmingham, AL 35203

Ryan Albert
313 Hollandale Ct.
Wilmington, NC 28412

ZeroTech Optics USA
Attn: Nathan Dudney, President
941 Esther Lane
Murfreesboro, TN 37129

Salesforce, Inc.
Attn: Managing Agent
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Sentinel Benefits Group, LLC
Attn: Managing Agent
100 Quannapowitt Parkway, Suite 300
Wakefield, MA 01880

Sig Sauer, Inc.
Attn: Managing Agent
P.O. Box 12021
Lewiston, ME 04243

Smith, Anderson, Blount, Dorsett
Attn: Managing Agent
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601

The DaVinci Company, LLC
Attn: Managing Agent
300 N Greene St Suite 2190
Greensboro, NC 27401

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Port City Contracting Services, Inc.**                                                      Case No.
                                            Debtor(s)                                                Chapter  **7**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Port City Contracting Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 16, 2022**                                        /s/ Jason L. Hendren
Date                                                         **Jason L. Hendren**
                                                             Signature of Attorney or Litigant
                                                             Counsel for   **Port City Contracting Services, Inc.**
                                                             **Hendren, Redwine & Malone, PLLC**
                                                             **4600 Marriott Drive**
                                                             **Suite 150**
                                                             **Raleigh, NC 27612**
                                                             **(919) 420-7867 Fax:(919) 420-0475**
                                                             **jhendren@hendrenmalone.com**