**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1725

In re: PORT CITY CONTRACTING SERVICES, INC.,

        Debtor.

------------------------------------------------------------------------

ROBERT PAUL SHARPE,

        Movant - Appellant,

    v.

ALGERNON LEE BUTLER, III, Trustee,

        Trustee - Appellee,

STEPHANIE J. BUTLER; DAVINCI AEROSPACE, LLC; MARK EASTHAM; DANIEL M. SHOAF; PETER SPARK; DAVINCI COMPANY, LLC; BANKRUPTCY ADMINISTRATOR,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Richard E. Myers, II, Chief District Judge. (7:25-cv-00251-M-RJ)

Submitted: August 28, 2025          Decided: September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

2

Affirmed by unpublished per curiam opinion.

Robert Paul Sharpe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order dismissing for lack of jurisdiction his appeal from the bankruptcy court's order denying his motion to compel attendance and motion for judgment on the pleadings. We have reviewed the record and find no reversible error. Accordingly, although we grant Sharpe's motion for leave to proceed in forma pauperis, we affirm the district court's order. *Sharpe v. Butler*, No. 7:25-cv-00251-M-RJ (E.D.N.C. June 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*