IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-00689-M

| | |
|---|---|
| ROBERT PAUL SHARPE,<br><br>    Appellant,<br><br>v.<br><br>STEPHANIE J. BUTLER, et al.,<br><br>    Appellees. | ORDER |

This matter comes before the court on Appellant's *pro se* "Motion to Dismiss the Appeal." DE 5. In his motion, Appellant "respectfully requests this present matter, 25-CV-00689-M, be dismissed." Accordingly, the court liberally construes the motion as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This appeal is DISMISSED WITHOUT PREJUDICE, and the Clerk of the Court is DIRECTED to close the case.

SO ORDERED this __24th__ day of September, 2025.

                                                        *Richard E. Myers II*
                                                        RICHARD E. MYERS II
                                                        CHIEF UNITED STATES DISTRICT JUDGE