USCA4 Appeal: 25-2458      Doc: 13      Filed: 07/30/2026      Pg: 1 of 2

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2458**

ROBERT PAUL SHARPE,

> Movant - Appellant,

> v.

THE DAVINCI COMPANY, LLC; DAVINCI AEROSPACE, LLC; DANIEL M. SHOAF,

> Defendants - Appellees,

ALGERNON LEE BUTLER, III,

> Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Richard E. Myers, II, Chief District Judge.  (7:24-cv-00456-M-RJ)

Submitted:  July 28, 2026                                Decided:  July 30, 2026

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Paul Sharpe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order dismissing his appeal from the bankruptcy court's order approving a settlement agreement.[*] The district court previously dismissed Sharpe's appeal for failure to comply with Fed. R. Bankr. P. 8009(a)(1)(A). In Sharpe's prior appeal to this court, we vacated the district court's order and remanded for the court to properly apply the test outlined in *In re Serra Builders*, 970 F.2d 1309 (4th Cir. 1992). On remand, the district court considered all four *Serra Builders* factors, found they weighed in favor of dismissal, and again dismissed Sharpe's appeal. Limiting our review to the issues preserved in Sharpe's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), we discern no abuse of discretion in the district court's decision to dismiss the appeal, *see Serra Builders*, 970 F.2d at 1311 (stating standard of review).

We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Sharpe has filed a motion for a stay pending appeal, an emergency motion to show cause, and an application to proceed on appeal without prepayment of fees. We deny the motion to show cause, and we deny as moot the motion for a stay and the application to proceed without prepayment of fees.

2