IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CV-4-BO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT PAUL SHARPE, | ) | ORDER |
| | ) | |
| Appellant. | ) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

This matter comes before the Court following appellant Robert Paul Sharpe's failure to comply with an order of the Court directing him to show cause why this appeal should not be dismissed for failure to file an appellant brief. [DE 10].

Pursuant to Rule 8018(a)(4), a district court may, after notice, dismiss an appeal where an appellant has failed to file a brief within the time provided. Fed. R. Bankr. P. 8018(a)(4). Appellant has failed to file a brief within the time provided or show cause for failing to do so. This bankruptcy appeal is therefore DISMISSED. The Clerk is DIRECTED to enter judgment and close this case.

SO ORDERED, this 15 day of October 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE